**LTL ATTORNEYS LLP**
David W. Ammons (SBN 187168)
Kevin B. Kelly (SBN 274145)
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773
david.ammons@ltlattorneys.com
kevin.kelly@ltlattorneys.com

Attorneys for Defendant
**LEICA GEOSYSTEMS, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ACTIAN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LEICA GEOSYSTEMS, INC.,<br><br>Defendant. | CASE NO: 5:26-cv-00977-NC<br><br>**[~~PROPOSED]~~ ORDER GRANTING DEFENDANT LEICA GEOSYSTEMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE FOR INSURANCE CARRIER REPRESENTATIVE TO ATTEND SETTLEMENT CONFERENCE BY VIDEO CONFERENCE AS MODIFIED**<br><br>Settlement Conference:<br>Date: October 21, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 6, 4th Floor, San Jose<br>Judge: Hon. Susan van Keulen<br><br>Presiding: Hon. Nathanael M. Cousins |

The Court, having considered Defendant Leica Geosystems, Inc.'s Unopposed Administrative Motion for Leave for Insurance Carrier Representative to Attend Settlement Conference by Video Conference, the Declaration of David W. Ammons submitted in support thereof, and the non-opposition of Plaintiff Actian Corporation, and good cause appearing, hereby ORDERS as follows:

1. The Motion is GRANTED AS MODIFIED.~~.~~

2. Brooke Copen of AXA XL, the representative of Defendant Leica Geosystems, Inc.'s insurance carrier, may attend the Settlement Conference set for October 21, 2026 at 10:00 a.m. by Zoom video conference ~~through the Court's settlement conference link,~~ and shall remain available by video for the entire duration of the conference, including any private caucus sessions, with full authority to settle on behalf of the carrier up to the limits of coverage. Counsel for Leica is responsible for providing and maintaining the video link throughout the conference.

3. All other requirements of the Court's Settlement Conference Standing Order remain in effect, including the requirement that Defendant's corporate representative with full and unlimited settlement authority and Defendant's counsel attend in person.

4. This is a one-time accommodation. If the matter does not resolve, the carrier representative will attend future proceedings in person unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: October 15, ____________________, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge